# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00220-CV

**Eric J. Miller, M.D., and The Spine Group, PLLC, Appellants**

**v.**

**Central Texas Pain Center, PLLC; PSA Management Company, LLC; PSA Group Holdings, LLC; PSA Practice Holdings, PA; PSCT Practice Holdings, PA; Daniel Frederick, MD.; Scott Budoff; and Commonview Capital, LLC, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-005681, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Eric J. Miller, M.D., and The Spine Group, PLLC, have filed a suggestion of bankruptcy. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See id*. R. 8.2, 8.3. Appellants are ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should they fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* R. 42.3(b), (c).


Before Chief Justice Byrne, Justices Triana and Theofanis

Bankruptcy

Filed: May 16, 2023